EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                     | Queja        |
|----------------------------|--------------|
| Jaime Corujo Collazo       | 99 TSPR 191  |

Número del Caso: AB-1999-115 y AB-1999-120

Fecha: 23/12/1999

Del Colegio de Abogados de P.R.: Lcda. María de Lourdes Rodríguez

Materia: Conducta Profesional

Este documento constituye un documento oficial del Tribunal
Supremo que está sujeto a los cambios y correciones del
proceso de compilación y publicación oficial de las
decisiones del Tribunal. Su distribución electrónica se hace
como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

    Jaime Corujo Collazo          AB-1999-115
                                   AB-1999-120

PER CURIAM

San Juan, Puerto Rico, a 23 de diciembre de 1999

El 24 de septiembre de 1999, en el caso Núm. AB-1999-115, el Colegio de Abogados de Puerto Rico (en adelante Colegio) presentó una moción mediante la cual nos informó que:

> (1) El 21 de mayo de 1999, el Sr. Víctor M. Resto presentó una queja contra el Lcdo. Jaime Corujo Collazo. El 25 de mayo el Colegio le requirió que contestase la misma.

> (2) El 30 de junio y 3 de agosto el Colegio le envió dos recordatorios.

De otra parte, el 29 de septiembre de 1999, en el caso Núm. AB-1999-120, el Colegio presentó otra moción en la que indicó que:

(1)   El 28 de junio de 1999, la Sra. Marta Maldonado Gómez presentó una queja contra el Lcdo. Jaime Corujo Collazo. El 12 de julio el Colegio le requirió que contestase la misma.

(2)   El 16 y 30 de agosto el Colegio le envió dos recordatorios.

Por tratarse de la conducta del mismo abogado, el licenciado Corujo Collazo, hemos procedido a consolidar ambas quejas.

Ante el incumplimiento por parte del licenciado Corujo Collazo con los requerimientos del Colegio, no se han podido procesar las quejas y hacer la recomendación correspondiente a la Comisión de Ética. En consecuencia, el Colegio nos solicitó nuestra ayuda en la tramitación de estos asuntos.

Así pues, el 26 de octubre emitimos en cada uno de los casos presentados una resolución mediante la cual le concedimos al licenciado Corujo Collazo el término de quince (15) días para que compareciera por escrito y contestara las quejas presentadas en su contra. Le indicamos además, que debería exponer las razones por las cuales no debía ser disciplinado por no contestar los requerimientos del Colegio. Finalmente, le apercibimos que el no cumplir con lo ordenado podría conllevar sanciones disciplinarias en su contra, incluyendo la suspensión del ejercicio de la abogacía. Ambas resoluciones fueron notificadas por correo certificado con acuse de recibo.

El 1 de diciembre de 1999, el Colegio presentó en cada uno de los casos una moción informativa en la cual nos indicó que el licenciado Corujo Collazo aún no ha comparecido.

Reiteradamente hemos resuelto que los abogados tienen el deber de responder diligentemente a los requerimientos que se le hagan relacionados con los procedimientos disciplinarios. La indiferencia de un abogado en responder a estos requerimientos podría acarrear severas sanciones. In re Guemárez Santiago, 146 D.P.R. ___ (1998), 98 TSPR 118, 98 JTS 102, pág. 2; In re Lee Boyd & Torres González, 143 D.P.R. ___ (1997), 97 TSPR 84, 97 JTS 88; In re Sepúlveda Negroni, P.C. de 25 de octubre de 1996, 142 D.P.R. ___ (1996), 96 TSPR 140, 96 JTS 140,

pág. 269; In re Robles Calderón, 146 D.P.R. ___ (1998), 98 TSPR 115, 98 JTS 117, pág. 82.

Tomando en consideración lo antes expuesto, se suspende indefinidamente al Lcdo. Jaime Corujo Collazo del ejercicio de la abogacía hasta que cumpla con nuestra resolución del 26 de octubre de 1999 y hasta que otra cosa disponga este Tribunal.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

    Jaime Corujo Collazo          AB-1999-115
                                AB-1999-120

## SENTENCIA

San Juan, Puerto Rico, a 23 de diciembre de 1999

    Se consolidan los casos Núms. AB-1999-115 y AB-1999-120.

    Por los fundamentos expuestos en la Per Curiam que antecede, se suspende indefinidamente e inmediatamente al Lcdo. Jaime Corujo Collazo del ejercicio de la abogacía hasta que cumpla con nuestra resolución del 26 de octubre de 1999 y hasta que otra cosa disponga este Tribunal.

    Lo pronunció, manda el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rebollo López no intervino.

                                Isabel Llompart Zeno
                     Secretaria del Tribunal Supremo